# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR THE COLUMBIAN BANK AND TRUST COMPANY,<br><br>     Plaintiff,<br><br>v.<br><br>SILVER KEY CONSTRUCTION, LLC, *et al.*,<br><br>     Defendants. | Case No. 11-CV-00779-FJG |

## ORDER

The Court entered an Order on September 12, 2011 granting FDIC as Receiver for the Columbian Bank and Trust Company's ("FDIC") Motion to Continue Preliminary Injunction Hearing (Doc. No. 16). The Preliminary Injunction Hearing is now scheduled for **Friday, October 28, 2011** (Doc. No. 16). Parties are advised the Court intends to consider both preliminary and permanent injunctive relief at this hearing.

It is therefore **ORDERED** that Defendants shall appear on **Friday, October 28, 2011 at 8:30 a.m.** at the Charles Evans Whittaker Courthouse, Courtroom 7C, 400 E. 9th Street, Kansas City, Missouri, to show cause why this Court should not enter a preliminary injunction or make permanent an injunction. Defendants' failure to appear may result in the Court entering a permanent injunction at the conclusion of that hearing.

**IT IS FURTHER ORDERED** that Defendants shall file any pleadings or legal memoranda with the Court and serve the same on counsel for the FDIC on or before **Friday, October 14, 2011.**

Plaintiffs shall file any responsive pleadings or legal memoranda with the Court and serve the same on counsel for Defendants by **Monday, October 24, 2011.**

Each party shall file a witness list no later than **Monday, October 24, 2011.** The witnesses shall be in alphabetical order.

Each party shall file an exhibit list no later than **Wednesday, October 26, 2011.** Each exhibit listed shall be pre-marked and numbered. If only a portion of an exhibit is to be offered, the portion to be offered shall be specifically identified. A copy of the exhibit index will be attached to the copy of the exhibit list.

The Clerk of the Court is directed to mail a copy of this order via regular and certified mail to: Silver Key Construction, LLC, Registered Agent Christopher M. Johnson, 6280 N.W. Salebarn Rd., Cameron, Missouri 64429; and Christopher M. Johnson, 32874 W. 216th Street Lawson, MO 64062.

**IT IS SO ORDERED**.

Date: 9/14/2011                         **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri              Fernando J. Gaitan, Jr.
                                               Chief United States District Judge