# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR THE COLUMBIAN BANK AND TRUST COMPANY, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 11-CV-00779-FJG<br>)<br>) |
| SILVER KEY CONSTRUCTION, LLC, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

Currently pending before the Court is FDIC as Receiver for the Columbian Bank and Trust Company's ("FDIC-R") Motion for Default Judgment Against Defendant Silver Key Construction, LLC (Doc. No. 37).

On August 5, 2011, FDIC-R filed its verified complaint and emergency motion for temporary restraining order against Defendants. FDIC-R's complaint seeks relief relating to Defendant Silver Key and Defendant Christopher Johnson's interference with FDIC-R's ownership and management of property located in Knob Noster, Missouri, following foreclosure. Pursuant to Missouri Rule of Civil Procedure 54.13, on September 23, 2011, service was obtained on Defendant Silver Key via certified mail served on its registered agent of record. Defendant Silver Key's answer was due on or before October 14, 2011. Defendant Silver Key failed to file an answer or otherwise respond to Plaintiff's complaint.

Pursuant to Federal Rule of Civil Procedure 12 and 55, Defendant Silver Key is now in default. Accordingly, FDIC-R's Motion for Default Judgment Against Defendant Silver Key Construction, LLC (Doc. No. 37) is hereby **GRANTED**.

The Clerk of the Court is directed to mail a copy of this order via regular and certified mail to the following: 007 Agents for Business, Inc. 2531 Burchard Drive St. Louis, Missouri 63136; Christopher M. Johnson 32874 W. 216th Street Lawson, Missouri 64062; and Christopher Johnson 452 Knolls Place Nashville, Tennessee 37211.

**IT IS SO ORDERED.**

Date: 12/09/11                                                 **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri                          Fernando J. Gaitan, Jr.
                                                                        Chief United States District Judge